UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 13-mj-00047-GPG

UNITED STATES OF AMERICA,
Plaintiff,

vs.

ANDIE MARIE LONCARICH,
Defendant.

---

Addendum to Judgment In a Criminal Case

---

Drug Testing Condition is suspended, based on the court's determination that the defendant poses a low risk of substance abuse.

10/15/14

Gordon P. Gallagher
Magistrate Judge